

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-17-00836-CV

Style:      Richard Price v. Triangle Services Inc. d/b/a Triangle Services a/k/a

Triangle Maintenance Corporation a/k/a Maintech, William "Billy"

Estelle and Johnson Equipment Company

Date motion filed*:      December 21, 2017

Type of motion:      First Unopposed Motion for Extension of Time to File Appellant's

Brief

Parties filing motion:      Appellant's Counsel Omotayo J. Lawal

Document to be filed:      Appellant's Brief

Is appeal accelerated?      Yes.

If motion to extend time:

    Original due date:      December 18, 2017

    Number of extensions granted:    0    Current Due Date:  December 18, 2017

    Date Requested:      February 18, 2018 (62 days from original deadline)

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  February 20, 2018.

        ☑    No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

  Although appellant's first extension is unopposed, appellant's 62-day extension to file

  his brief is **granted until February 20, 2018, but no further extensions will be**

  **granted** because this is an accelerated appeal.  *See* TEX. R. APP. P. 4.1(a),

  10.5(b)(1)(C), 38.6(d).

Judge's signature: /s/ Laura C. Higley_____

             ☑ Acting individually    ☐ Acting for the Court

Date: December 28, 2017_____

November 7, 2008 Revision